

*Nathan L. Goldstein* and *Joseph Z. Goldstein* for appellant.

*Charles Lamb* and *Loretta A. Conway* for Lion Brewery of New York City, respondent.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS and BURKE, JJ.

ALFRED T. MANACHER, Appellant, *v.* CENTRAL COAL CO., INC., et al., Respondents, et al., Defendant.

Argued January 10, 1955; decided February 24, 1955.

*Samuel Gottlieb* and *Harry Giesow* for appellant.

*Eli Whitney Debevoise, Abraham Wilson* and *Michael H. Goff* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.

In the Matter of the Arbitration between FAMOUS REALTY, INC., Appellant, and WILLIAM SAVAGE, INC., Respondent.

Argued January 11, 1955; decided February 24, 1955.